UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON MCNARY,<br><br>              Plaintiff,<br><br>-against-<br><br>ALEX SANTOS, et al.,<br><br>              Defendants. | 24-CV-1736 (JPC) (RFT)<br><br>**STATUS CONFERENCE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated April 18, 2024 (ECF 17), Judge John P. Cronan referred this case to me for general pretrial supervision and for dispositive motions, which require a report and recommendation. On May 10, 2024, Defendants filed a letter motion in anticipation of their motion to dismiss and for Rule 11 Sanctions. (ECF 20.)

Accordingly, this action is scheduled for a telephonic status conference on May 21, 2024, at 11:00 AM. Counsel are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 182 960 433#.**

If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:  May 13, 2024
          New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge